# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL NO. 2:07CV23-T
# (2:04CR38-T)

| | |
|---|---|
| LONNIE MACK OGLESBEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Respondent's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion under 28 U.S.C. § 2255.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the United States shall have to and including January 18, 2008, in which to file its responsive pleading.

Signed: December 28, 2007

Lacy H. Thornburg
United States District Judge