**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**CIVIL NO. 2:07CV23-T**
**(2:04CR38-T)**

| | |
|---|---|
| LONNIE MACK OGLESBEE,      ) <br> ) <br> Petitioner,    ) <br> ) <br> vs.    ) <br> ) <br> UNITED STATES OF AMERICA,    ) <br> ) <br> Respondent.  ) <br> _____ ) | **O R D E R** |

THIS MATTER is before the Court on the Respondent's second motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion under 28 U.S.C. § 2255.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the United States shall have to and including February 8, 2008, in which to file its responsive pleading.

Signed: January 22, 2008

Lacy H. Thornburg
United States District Judge